# Ballard Spahr
LLP

- - - - - - - - - - - - - - - - - - - -
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

Michele C. Ventura
Tel: 856.873.5513
Fax: 856.761.1020
venturam@ballardspahr.com

October 13, 2016

*By Electronic Filing*

Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ  07102

Re:    Robinson v. Kia Motors America, Inc.
       Civil Action No. 2:13-cv-00006-ES-MAH

Dear Magistrate Judge Hammer:

This firm represents the defendant, Kia Motors America, Inc. ("Kia"), in the above-captioned matter. By Text Order dated October 5, 2016 (ECF No. 65), Your Honor directed the parties to file their joint motion for preliminary approval of a class action settlement on or before October 14, 2016.  I write to respectfully request a brief extension of that deadline because of minor delays in communication between counsel due to recent holidays.

I respectfully request that the filing deadline for the joint motion for preliminary approval be adjourned until Wednesday, October 19, 2016.

I thank the Court for its consideration of this request.

Respectfully submitted,

*Michele Ventura*

Michele C. Ventura

cc:    Shmuel Klein, Esquire (By Electronic Filing)

SO ORDERED

s/Michael A. Hammer

Michael A. Hammer, U.S.M.J.

Date:    10/14/2016

DMEAST #27288401 v1

A PA Limited Liability Partnership | John B. Kearney, Managing Partner

Atlanta | Baltimore | Bethesda | Delaware | Denver | Las Vegas | Los Angeles | New Jersey | New York | Philadelphia | Phoenix
Salt Lake City | San Diego | Washington, DC | www.ballardspahr.com