Law Office of Shmuel Klein PA
Attorney for Plaintiffs
113 Cedarhill Ave
Mahwah, NJ 07430
845-425-2510

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------x
YVONNE ROBINSON, ROSE CIROS,
Et al,
    Plaintiffs,
    vs.                                  Case #13-00006 ES-MAH
KIA MOTORS AMERICA INC;
Hyundai Motor Company, XYZ CORP
    Defendants,
---------------------------------------x

### CERTIFICATE OF SERVICE

   I, Shmuel Klein, an attorney admitted to practice in this court affirm under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old.  I served a copy of Plaintiffs Opposition to Defendants Motion to dismiss on November 14, 2016, by depositing a true copy thereof by ECF or a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the US Postal Service first class mail, to:

Roberto A. Rivera-Soto
Ballard Spahr LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163

Jesse R. Howell
238 Kinkle Ave.
Mansfield, OH 44907

Rose Ciros
1 Tiros Ave.
Sewell, NJ 08080

Yvonne Robinson
3014 Ridgecrest Drive
Augusta Ga 30907

DATED: November 14, 2016
MAHWAH, NJ                          _____/s/ Shmuel Klein_
                                        Law Office of Shmuel Klein, PA